56 P.3d 764

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

October 21, 2002

| | | |
|---|---|---|
| 23939 | State v. Penaflor | Affirmed |